**Order filed September 5, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00528-CV

_____

### In the Interest of J.A.M., S.N.M., M.A.H., children

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-06857J**

---

### ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant's brief was due **September 4, 2018.** No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore we order appellant's appointed counsel William Thursland, to file appellant's brief no later than **September 17, 2018.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM